1  BARRY J. PORTMAN
   Federal Public Defender
2  NICHOLAS P. HUMY
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA  95113
4  Telephone:  (408) 291-7753

5  Counsel for Defendant STEVENS

*E-FILED - 6/23/09*

8              IN THE UNITED STATES DISTRICT COURT

9             FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                      SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 09-00209-RMW |
| | ) | |
| Plaintiff, | ) | **STIPULATION TO CONTINUE** |
| | ) | **SENTENCING HEARING; []** |
| vs. | ) | **ORDER** |
| | ) | |
| RONALD STEVENS, | ) | HONORABLE RONALD M. WHYTE |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

## STIPULATION

Defendant Ronald Stevens, by and through Assistant Federal Public Defender Nicholas Humy, and the Untied States, by and through Assistant U.S. Attorney Thomas O'Connell, hereby stipulate that, subject to the court's approval, the sentencing hearing in the above-captioned matter, presently scheduled on Monday, July 13, 2009, at 9:00 a.m., shall be continued to Monday, July 27, 2009, at 9:00 a.m.

///

///

///

**STIPULATION TO CONTINUE
SENTENCING HEARING;
[] ORDER
Case No.: CR 09-00209-RMW**

1

1   The parties agree that the hearing should be continued because Mr. Stevens needs to
2   address medical issues and the defense requires time to get information to U.S. Probation Officer
3   Ben Flores for his report.

4   Probation Officer Ben Flores has been contacted and has no objection to the request.

5

6   Dated: 6/19/09                                    _____/s/_____
                                                      NICHOLAS P. HUMY
7                                                     Counsel for Ronald Stevens

8   Dated: 6/19/09                                    _____/s/_____
                                                      THOMAS O'CONNELL
9                                                     Assistant United States Attorney

10

11                                          **ORDER**

12   GOOD CAUSE APPEARING, upon stipulation of the parties, IT IS HEREBY
13   ORDERED that the sentencing hearing in this matter shall be continued from Monday, July 13,
14   2009, at 9:00 a.m. to Monday, July 27, 2009, at 9:00 a.m.

15

16   Dated: 6/23/09                                   _/s/ Ronald M. Whyte_____
                                                      RONALD M. WHYTE
17                                                    United States District Judge

18
19
20
21
22
23
24
25

26   **STIPULATION TO CONTINUE
     SENTENCING HEARING;
     [] ORDER
     Case No.: CR 09-00209-RMW**

                                                2