1  BARRY J. PORTMAN
   Federal Public Defender
2  NICHOLAS P. HUMY
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA  95113
4  Telephone:  (408) 291-7753

5  Counsel for Defendant STEVENS          ***E-FILED - 7/16/09***

6

7

8                      IN THE UNITED STATES DISTRICT COURT

9                   FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                             SAN JOSE DIVISION

11
   UNITED STATES OF AMERICA,          )    No. CR 09-00209-RMW
12                                     )
                    Plaintiff,         )    **STIPULATION TO CONTINUE**
13                                     )    **SENTENCING HEARING;**
   vs.                                 )    **[] ORDER**
14                                     )
   RONALD STEVENS,                     )    HONORABLE RONALD M. WHYTE
15                                     )
                    Defendant.         )
16  _____ )

17                              **STIPULATION**

18        Defendant Ronald Stevens, by and through Assistant Federal Public Defender Nicholas

19  Humy, and the Untied States, by and through Assistant U.S. Attorney Thomas O'Connell, hereby

20  stipulate that, subject to the court's approval, the sentencing hearing in the above-captioned

21  matter, presently scheduled on Monday, July 27, 2009, at 9:00 a.m., shall be continued to

22  Thursday, August 27, 2009, at 2:00 p.m.

23  ///

24  ///

25  ///

26  **STIPULATION TO CONTINUE**
    **SENTENCING HEARING;**
    **[ ORDER**
    **Case No.: CR 09-00209-RMW**
                                         1

1    The parties agree that the hearing should be continued because Mr. Stevens needs to

2 address medical issues and the defense requires time to get information to U.S. Probation Officer

3 Ben Flores for his report.

4    Probation Officer Ben Flores has been contacted and has no objection to the request.

5

6 Dated: 6/26/09                                 _____/s/_____
                                                NICHOLAS P. HUMY
7                                               Counsel for Ronald Stevens

8 Dated: 6/26/09                                 _____/s/_____
                                                THOMAS O'CONNELL
9                                               Assistant United States Attorney

10

11                                **ORDER**

12    GOOD CAUSE APPEARING, upon stipulation of the parties, IT IS HEREBY

13 ORDERED that the sentencing hearing in this matter shall be continued from Monday, July 27,

14 2009, at 9:00 a.m. to Thursday, August 27, 2009, at 2:00 p.m.

15

16 Dated:  7/16/09                         _____
                                          RONALD M. WHYTE
17                                        United States District Judge

18

19

20

21

22

23

24

25

26 **STIPULATION TO CONTINUE
SENTENCING HEARING;
] ORDER
Case No.: CR 09-00209-RMW**

2