1  BARRY J. PORTMAN
   Federal Public Defender
2  NICHOLAS P. HUMY
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA  95113
4  Telephone:  (408) 291-7753                    *E-FILED - 8/13/09*

5  Counsel for Defendant STEVENS

6

7
                    IN THE UNITED STATES DISTRICT COURT
8
                 FOR THE NORTHERN DISTRICT OF CALIFORNIA
9
                            SAN JOSE DIVISION
10

11
   UNITED STATES OF AMERICA,        )    No. CR-09-00209 RMW
12                                   )
                   Plaintiff,        )    STIPULATION TO CONTINUE
13                                   )    SENTENCE HEARING; []
   vs.                              )    ORDER
14                                   )
   RONALD STEVENS,                  )
15                                   )
                   Defendant.        )
16  _____)

17

18                            **STIPULATION**

19         Defendant Ronald Stevens, by and through Assistant Federal Public Defender Nicholas

20  Humy, and the United States, by and through Assistant United States Attorney Thomas

21  O'Connell, hereby stipulate that, subject to the Court's approval, the sentencing hearing in the

22  above-captioned matter, presently scheduled for Thursday, August 27, 2009, at 2:00 p.m., shall

23  be continued to Monday, October 26, 2009, at 9:00 a.m.

24         The parties agree that the sentencing hearing should be continued to enable Mr. Stevens

25  to address ongoing medical issues.

26         Probation Officer Ben Flores has been contacted and has no objection to the requested

1    continuance.

2        IT IS SO STIPULATED.

3

4    Dated:  August 12, 2009

5                                                    _____/s/_____
                                                     NICHOLAS P. HUMY
6                                                    Assistant Federal Public Defender

7

8    Dated:  August 12, 2009

9
                                                     _____/s/_____
10                                                   THOMAS O'CONNELL
                                                     Assistant United States Attorney
11

12

13                             **[] ORDER**

14        GOOD CAUSE APPEARING, upon stipulation of the parties, IT IS HEREBY

15   ORDERED that the sentencing hearing in this matter shall be continued from Thursday, August

16   27, 2009, at 2:00 p.m., to Monday, October 26, 2009, at 9:00 a.m.

17        IT IS SO ORDERED.

18

19   Dated:  August 12, 2009

20                                                   _____
                                                     THE HONORABLE RONALD M. WHYTE
21                                                   United States District Court

22

23

24

25

26