1  BARRY J. PORTMAN
   Federal Public Defender
2  NICHOLAS P. HUMY
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA  95113
4  Telephone:  (408) 291-7753

5  Counsel for Defendant STEVENS

                                                                *E-FILED - 10/23/09*
6

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                      SAN JOSE DIVISION

11
   UNITED STATES OF AMERICA,        )   No. CR-09-00209 RMW
12                                  )
              Plaintiff,             )   STIPULATION TO CONTINUE
13                                  )   SENTENCE HEARING; []
   vs.                              )   ORDER
14                                  )
   RONALD STEVENS,                  )
15                                  )
              Defendant.             )
16  _____ )

17                      **STIPULATION**

18      Defendant Ronald Stevens, by and through Assistant Federal Public Defender Nicholas

19  Humy, and the United States, by and through Assistant United States Attorney Thomas

20  O'Connell, hereby stipulate that, subject to the Court's approval, the sentencing hearing in the

21  above-captioned matter, presently scheduled for Monday, October 26, 2009, shall be continued to

22  Monday, February 1, 2010, at 9:00 a.m.

23      The continuance is necessary to enable Mr. Stevens to undergo and recover from surgery.

24      Probation Officer Ben Flores has been contacted and has no objection to the requested

25  continuance.

26  ///

Stipulation and [] Order
No. CR 09-00209 RMW                       1

IT IS SO STIPULATED.

Dated: October 21, 2009

/s/
NICHOLAS P. HUMY
Assistant Federal Public Defender

Dated:  October 21, 2009

/s/
THOMAS O'CONNELL
Assistant United States Attorney

## [] ORDER

GOOD CAUSE APPEARING, upon stipulation of the parties, IT IS HEREBY ORDERED that the sentencing hearing in this matter shall be continued from Monday, October 26, 2009 to Monday, February 1, 2010, at 9:00 a.m.

IT IS SO ORDERED.

Dated: 10/23/09

*Ronald M. Whyte*
THE HONORABLE RONALD M. WHYTE
United States District Court

Stipulation and [] Order
No. CR 09-00209 RMW                                2