BARRY J. PORTMAN
Federal Public Defender
NICHOLAS P. HUMY
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA  95113
Telephone:  (408) 291-7753

Counsel for Defendant STEVENS

*E-FILED - 3/31/10*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-09-00209 RMW |
| ) | |
| Plaintiff, ) | STIPULATION TO CONTINUE |
| ) | SENTENCING HEARING; [] |
| vs. ) | ORDER |
| ) | |
| RONALD STEVENS, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**STIPULATION**

Defendant Ronald Stevens, by and through Assistant Federal Public Defender Nicholas P. Humy, and the United States, by and through Assistant United States Attorney Thomas M. O'Connell, hereby stipulate that, subject to the Court's approval, the sentencing hearing in the above-captioned matter, presently scheduled for Monday, April 5, 2010, at 9:00 a.m. shall be continued to Thursday, April 29, 2010, at 2:00 p.m.

The continuance is requested to enable Mr. Stevens to complete his chemotherapy regimen.

Probation Officer Ben Flores has been contacted and has no objection to the requested continuance.

IT IS SO STIPULATED.

Dated: March 26, 2010

_____/s/_____
NICHOLAS P. HUMY
Assistant Federal Public Defender

Dated: March 26, 2010

_____/s/_____
THOMAS M. O'CONNELL
Assistant United States Attorney

### [] ORDER

GOOD CAUSE APPEARING, upon stipulation of the parties, IT IS HEREBY ORDERED that the sentencing hearing in this matter shall be continued from Monday, April 5, 2010, at 9:00 a.m., to Thursday, April 29, 2010, at 2:00 p.m.

IT IS SO ORDERED.

Dated: 3/31/10

*Ronald M. Whyte*
_____
THE HONORABLE RONALD M. WHYTE
United States District Court

Stipulation and [] Order
No. CR 09-00209 RMW                    2