BARRY J. PORTMAN
Federal Public Defender
NICHOLAS P. HUMY
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA  95113
Telephone:  (408) 291-7753

Counsel for Defendant STEVENS

*E-FILED - 10/13/10*

IN THE UNITED STATES DISTRICT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>vs.<br><br>RONALD STEVENS,<br><br>                    Defendant. | No. CR-09-00209 RMW<br><br>**STIPULATION TO CONTINUE DEFENDANT RONALD STEVENS' SELF-SURRENDER DATE;<br>[] ORDER** |

**STIPULATION**

Defendant Ronald Stevens, by and through Assistant Federal Public Defender Nicholas Humy, and the United States, by and through Assistant United States Attorney Thomas O'Connell, hereby stipulates that, subject to the Court's approval, Defendant, Ronald Stevens' self-surrender date in the above-captioned matter, presently scheduled for October 26, 2010 shall be continued to March 28, 2011.

The reason for this request is that Mr. Stevens is undergoing chemotherapy and has been hospitalized several times over the course of his treatment.  He is currently hospitalized again.  It is expected that his treatment will be concluded by March 28, 2011.

STIPULATION TO CONTINUE
DEFENDANT RONALD STEVENS'
SELF-SURRENDER DATE; [] ORDER
No. CR 09-00209 RMW                                             1

1    IT IS SO STIPULATED.

2  Dated: October 7, 2010

3                                              _____/s/_____
4                                              NICHOLAS P. HUMY
                                               Assistant Federal Public Defender

5  Dated: October 7, 2010

6                                              _____/s/_____
                                               THOMAS O'CONNELL
7                                              Assistant United States Attorney

8

9                              **[] ORDER**

10   GOOD CAUSE APPEARING, upon stipulation of the parties, IT IS HEREBY

11 ORDERED that Defendant, Ronald Stevens' self-surrender date in this matter is continued from

12 October 26, 2010 to March 28, 2011.

13   IT IS SO ORDERED.

14

15 Dated:  10/13/10

16                                              _____
                                                THE HONORABLE RONALD M. WHYTE
17                                              United States District Court

18

19

20  **cc: U.S. Marshals**

21

22

23

24

25

26 STIPULATION TO CONTINUE
   DEFENDANT RONALD STEVENS'
   SELF-SURRENDER DATE; [] ORDER
   No. CR 09-00209 RMW                          2